FILED
CLERK, U.S. DISTRICT COURT
JAN 23 2009
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> vs. <br> John Lewis Hall III <br> Defendant. | Case No.: 03-CR-151-JFW <br><br> ORDER OF DETENTION AFTER HEARING <br> [Fed.R.Crim.P. 32.1(a)(6); <br> 18 U.S.C. 3143(a)] |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the _Central District of California_ for alleged violation(s) of the terms and conditions of his [~~probation~~] [supervised release]; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a), The Court finds that:

A.  (✓)  The defendant has not met his/~~her~~ burden of establishing by clear and convincing evidence that he/~~she~~ is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on _the absence of information as to_

1 | ties to community & bail resources;
2 | nature of offense
3 |
4 | and/or
5 | B. ( ) The defendant has not met his ~~/her~~ burden of establishing by
6 | clear and convincing evidence that he ~~/she~~ is not likely to pose
7 | a danger to the safety of any other person or the community if
8 | released under 18 U.S.C. § 3142(b) or (c). This finding is based
9 | on: Prior criminal history;
10 | Substance abuse issue;
11 | nature current charged violation
12 |
13 |
14 | IT THEREFORE IS ORDERED that the defendant be detained pending
15 | the further revocation proceedings.
16 |
17 | Dated: 1/23/09
18 |
19 | /s/ Carla M. Woehrle
20 | UNITES STATES MAGISTRATE JUDGE
21 |
22 | CARLA M. WOEHRLE

2